UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:09-cr-132-RLH-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| GINGER GUTIERREZ, | ) | O R D E R |
| | ) | |
| Defendant, | ) | |

This matter was submitted to the undersigned Magistrate Judge on a Stipulation to Continue Hearing on Motion to Compel Discovery (#138).

The Court having reviewed the Motion (#138) and the Joinders (#139, #140, #141 and #142) and good cause appearing therefore,

IT IS HEREBY ORDERED that all Joinders to the Motion to Compel are **GRANTED.**

IT IS FURTHER ORDERED that the Stipulation to Continue Hearing on Motion to Compel Discovery (#138) is **GRANTED**.

IT IS FURTHER ORDERED that the hearing scheduled for March 11, 2011, at 1:30 PM is VACATED and RESCHEDULED to May 3, 2011, at 1:30 PM in LV courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada. Individual defendants are NOT required to be present in court for this hearing.

DATED this  9th  day of March, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge