UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

    Plaintiff

vs.

[6] HELEN BAGLEY,

    Defendant

Case No. 2:09-CR-132-JAD-GWF

## ORDER

THIS MATTER COMES BEFORE THE COURT on the UNITED STATES' Motion to Dismiss Defendant [6] Helen Bagley. Having considered the Motion and finding good cause therefor,

IT IS HEREBY ORDERED that the UNITED STATES is granted leave pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the superseding indictments as to defendant [6] HELEN BAGLEY.

IT IS FURTHER ORDERED that the charges pending against defendant [6] HELEN BAGLEY in the superseding indictments filed in this case are hereby dismissed as to [6] HELEN BAGLEY (and no other defendant).

SO ORDERED this _3rd day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE